Jerome T. HAMPTON, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7032.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2011.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Alex P. Hontos, Department of Justice, David J. Barrans, Brian D. Griffin, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

**ON MOTION**

**ORDER**

Jerome to Hampton moves without opposition to stay proceedings in this appeal pending the court's disposition of *Bond v. DVA*, 2010–7096.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Hampton's opening brief is due within 60 days of the date of filing of this order.